# L. DAVID ZUBE,
## Chapter 7 Trustee

---

59 COURT STREET, 5TH FLOOR
BINGHAMTON, NY 13901

TELEPHONE (607) 722-8823
FAX    (607) 722-8824
(NOT FOR SERVICE OF PROCESS)

e-mail: ZubeLaw@AOL.com

**FILED**

February 19, 2011

FEB 23 2011

Clerk, US Bankruptcy Court
230 Alexander Pirnie Federal Bldg.
10 Broad Street
Utica, NY 13505

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

RE:  Donnelly's Mobile Home, Inc.
     Bankruptcy Case No.: 04-60342 (Chapter 7)

Dear Sir/Madam:

Enclosed please find bankruptcy estate check #127 in the amount $61.11 which constitutes a returned check or uncashed distribution payment of Claim #9 and Claim #23 in the above-referenced case. I have been unable to locate an alternate accurate address for the creditor filing such claim(s). The last known address for the creditor is as follows:

Claim #9 - $45.09
Viking Office Products, Inc.
Attn: Bankruptcy Dept.
8200 E 32nd N
Wichita KS 67226

**RECEIVED**
FEB 23 2011
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

Claim #23 - $16.02
Citizens Telecommunications Company
AFNI/Frontier
P.O. Box 3548
Bloomington IL 61702

If you have any questions or require further information, please feel free to contact this office.

Very truly yours,

L. David Zube

Enclosure